**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant, JESUS ARANDA-SOLORIO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS ARANDA-SOLORIO,<br><br>Defendant. | Case No. 1:15-cr-00146-DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the Change of Plea Hearing currently scheduled for June 27, 2016, at 10:00 a.m. be continued to **July 18, 2016, at 10:00 a.m.** before the Honorable Dale A. Drozd.

The need for a continuance is based upon defense counsel's unavailability on the date currently set, as well as during the interim until July 18, 2016.

This request by defense counsel has been relayed to the Government by Assistant U.S. Attorney Vincenza Rabenn, who has no objection.

The parties stipulate and agree that time can be excluded from June 27, 2016, to, and including, July 18, 2016, based upon counsel's need to be able to adequately represent his client at the plea hearing, and that the ends of justice outweigh the public's and defendant's interest in a speedy resolution.

Under the circumstances set forth herein, it is respectfully suggested that good cause does

exist for a continuance to the hereinabove-noted date.

**IT IS SO STIPULATED.**

Dated: June 22, 2016.        Respectfully submitted,

        NUTTALL & COLEMAN

By /s/ ROGER T. NUTTALL
    ROGER T. NUTTALL
    Attorneys for Defendant,
    JESUS ARANDA-SOLORIO

Dated: June 22, 2016.        BENJAMIN B. WAGNER
    United States Attorney

By /s/ VINCENZA RABENN
    VINCENZA RABENN
    Assistant U.S. Attorney

## **ORDER**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Change of Plea Hearing currently scheduled on June 28, 2016, at 10:00 a.m., is continued to **July 18, 2016, at 10:00 a.m.**

IT IS SO ORDERED.

Dated:  **June 22, 2016**        _____
    UNITED STATES DISTRICT JUDGE