UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS ARANDA SOLARIO,<br><br>Defendants. | No. 1:15-cr-00146-DAD-BAM-1<br><br><br><br>ORDER<br><br>(Doc. No. 20 ) |

On May 15, 2017, defendant in this closed criminal case has filed a request that the court provide him copies of court records; specifically, a reporter's transcript of his July 18, 2016, change of plea and sentencing hearing. (Doc. No. 20.) However, defendant has not established that he has filed an appeal from or collateral challenge to his conviction which is not frivolous and that the requested copies are necessary for a decision to be rendered on any such appeal or collateral challenge. *See* 28 U.S.C. § 753(f); *see also United States v. Connors*, 904 F.2d 535, 536 (9th Cir. 1990) ("Although Connors is indigent, he has not filed a habeas petition, and therefore is not entitled to copies of his trial transcript at government expense until he does so."); *United States v. Lucatero*, No. 05–cr–0443–WBS, 2007 WL 1747077, at *2 (E.D. Cal. June 18, 2007) ("The vast majority of courts have interpreted [28 U.S.C. § 753(f)] to mean that until a prisoner actually 'brings a proceeding under section 2255,' he is not entitled under § 753(f) to have costs for creating or copying such transcripts *or other documents* paid by the United

1

States.") (emphasis added); 28 U.S.C. § 2250. Moreover, defendant is not generally entitled to free copies of court documents in a closed case. *See United States v. Chandler*, 220 F. Supp. 2d 165, 170 (E.D.N.Y. 2002); *see also Marsh v. Vegianelli,* No. 1:09-cv-01243-GSA-PC, 2012 WL 5505079, at *2 (E.D. Cal. Nov. 13, 2012) ("[T]he Clerk does not ordinarily provide free copies of case documents to parties. The Clerk charges $.50 per page for copies of documents. *See* 28 U.S .C. § 1914(a). Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees.")

Accordingly, defendant's request for copies of court records (Doc. No. ) is denied without prejudice.[1]

IT IS SO ORDERED.

Dated: **October 25, 2017**

UNITED STATES DISTRICT JUDGE

---

[1] The court notes that as part of his plea agreement the defendant specifically waived his right to appeal as well as to collaterally attack any part of his plea and sentence. (Doc. No. 17 at 3.) The court also observes that defendant's motion appears to have been rendered moot in that on or about July 31, 2017, his counsel in this case ordered and obtained a transcript of the proceeding in question, presumably to provide to the defendant. (Doc. Nos. 21 and 22.)

2